161 A.3d 784

Donald E. TUOMI, Administrator of the Estate
of Margaret C. Tumoi, Deceased

v.

EXTENDICARE, INC., Extendicare Health Facilities, Inc., d/b/a
Havencrest Nursing Center, Extendicare Health Facility Hold-
ings, Inc., Extendicare Health Services, Inc., Extendicare
Health Network, Inc., Extendicare Holdings, Inc., Kathleen
Gastan, An Individual; Kenric Manor Family Limited Partner-
ship d/b/a/ Kenric Manor

Petition of: Extendicare, Inc., Extendicare Health Facilities, Inc.,
d/b/a Havencrest Nursing Center, Extendicare Health Facility
Holdings, Inc., Extendicare Health Services, Inc., Extendicare
Health Network, Inc., Extendicare Holdings, Inc.

No. 281 WAL 2015

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

AND NOW, this 15th day of November, 2016, the Petition
for Allowance of Appeal is GRANTED. The Superior Court's
order is VACATED, and the matter is REMANDED for
reconsideration in light of *Taylor v. Extendicare Health Facil-
ities, Inc.*, 637 Pa. 163, 147 A.3d 490, 2016 WL 5630669 (2016).

Justice Wecht did not participate in the consideration or
decision of this matter.